Tanya E. Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>        Plaintiff,<br><br>        vs.<br><br>VALERO CALIFORNIA RETAIL<br>COMPANY, INC.,<br><br>        Defendant.<br>_____ | No.  1:10-CV-00794-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF<br>ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant Valero California Retail Company, Inc., the parties to this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.


Date: January 6, 2011                    MOORE LAW FIRM, P.C.



                                          /s/Tanya E. Moore_____
                                          Tanya E. Moore
                                          Attorney for Plaintiff

1  Date: January 6, 2011                    KEESAL, YOUNG & LOGAN

2

3                                           /s/ Garrett  R. Wynne

4                                           Garrett R. Wynne, Attorneys for Defendant Valero
                                            California Retail Company Inc.
5

6                                           **ORDER**

7

8          The parties having so stipulated,

9          IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

10 The Clerk of the Court is directed to close this action in its entirety.

11

12

13 Dated: January 6, 2011                   /s/ Lawrence J. O'Neill_____
                                            United States District Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Delgado v. Valero California Retail Co., Inc.*
Stipulation for Dismissal
                                   Page 2